Dismissed and Memorandum Opinion filed December 4, 2003









Dismissed and Memorandum Opinion filed December 4,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00018 -CV

____________

 

WARREN ENTERPRISES, Appellant

 

V.

 

C.A. WALKER CONSTRUCTION, INC.,
LEISURE LIFE SENIOR APARTMENT HOUSING, LTD., AND LEISURE LIFE, INC., Appellees

 



 

On Appeal from the 151st
District Court

 Harris County, Texas

Trial Court Cause No. 99-38087

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed October 15, 2002.

On November 14, 2003, appellant filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.
 The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 4, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.